HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
bondsk@hallevans.com
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
schausm@hallevans.com
nvefile@hallevans.com
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022

*Counsel for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY RAY OWENS, III, | Case No. 2:26-cv-01369-CDS-MDC |
| Plaintiff, | |
| v. | **DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| TRANSUNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Defendant Trans Union LLC ("Trans Union") hereby files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") and in support states:

1.    Trans Union's responsive pleading is due on July 1, 2026.

2.    Plaintiff and Trans Union are actively engaged in case-resolution negotiations, including additional factual research to assist with their informal resolution discussions.

3.    Plaintiff does not oppose an extension of Trans Union's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Trans Union files

KRB/20018-54

this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for 14 days, to July 15, 2026.

4.    The Motion is not for delay.

5.    This is Trans Union's first extension of time, and the requested extension does not prejudice the parties.

6.    For the foregoing reasons, Trans Union requests that the Court issue an order extending the date, to July 15, 2026, on which Trans Union must answer or otherwise respond to Plaintiff's Complaint.

Dated this 30th day of June 2026.          Respectfully submitted,

HALL & EVANS, LLC

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
bondsk@hallevans.com
MADISYN SCHAUS, ESQ.
Nevada Bar No. 17294
schausm@hallevans.com
nvefile@hallevans.com
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022

*Counsel for Defendant Trans Union LLC*

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2026

2

KRB/20018-54