Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
          spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY RAY OWENS III,<br><br>                    Plaintiff,<br><br>        v.<br><br>TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No.  2:26-cv-01369-CDS-MRC<br><br>**STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Bobby Ray Owens III ("Owens"), and Defendant Experian Information Solutions, Inc. ("Experian" and together with Owens, the "Parties"), hereby submit this Stipulation for an extension of time for Experian to answer or otherwise plead up to and including July 16, 2026.

Experian was served with Plaintiff's Complaint on June 11, 2026.  Experian must currently answer or otherwise plead by July 2, 2026.  The Parties have agreed that Experian may have an additional 14 days or until July 16, 2026, to answer or otherwise respond.

This is the first request for additional time sought by Experian in this action.  This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

4896-3796-8313

**IT IS SO STIPULATED.**

DATED this 1st day of July 2026.

DATED this 1st day of July 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Email:  bolson@swlaw.com

*/s/ Bobby Ray Owens III*
Bobby Ray Owens III
512 Count Avenue
North Las Vegas, NV 89030
Telephone: (702) 743-1807
Email: owens.bobbyray@gmail.com

*Attorneys for Experian Information Solutions, Inc.*

*Plaintiff Pro Se*

<u>ORDER</u>

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before July 16, 2026.

**IT IS SO ORDERED**.

DATED:   July 2, 2026

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

4896-3796-8313