GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY RAY OWENS, III,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:26-cv-01369-CDS-MDC<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ASWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**First Request** |

Defendant Equifax Information Services LLC ("Equifax"), hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and respectfully shows the Court as follows:

1. Plaintiff's Complaint was filed on May 5, 2026.

2. Equifax was served June 3, 2026 via process server.

3. Equifax's responsive pleading is currently due July 1, 2026.

4. Equifax is in the process of investigating Plaintiff's allegations and gathering the information necessary to confer with Plaintiff and prepare a meaningful response to Complaint. Due to the volume of cases it receives, additional time is needed to locate Plaintiff's entire file in order to determine how to properly respond to the Complaint.

///

///

5. Equifax's counsel attempted to confer with Plaintiff regarding its request for extension, emailing Plaintiff on June 15 and June 24th. To date, Equifax has not received a response from Plaintiff.

6. This is Equifax's first request for an extension.

For the reasons above, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint by 30 days, through and including July 15, 2026.

Respectfully submitted, this 1st day of July 2026.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**ORDER**

IT IS SO ORDERED:

This Motion is **GRANTED** *nunc pro tunc*.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2026